# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No. **EDCV 20-2157-JPR**                                          Date: **November 4, 2021**
Title: **Robert C. Casillas v. Kilolo Kijakazi**
================================================================
**DOCKET ENTRY: Order Requiring Defendant to Show Cause**
================================================================
PRESENT:

        **HON. JEAN P. ROSENBLUTH, U.S. MAGISTRATE JUDGE**

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:                    ATTORNEYS PRESENT FOR DEFENDANT:
    None present                                                                      None present

**PROCEEDINGS: (IN CHAMBERS)**

    Under the terms of the Court's October 22, 2020 case-management order, Defendant was required to file the Joint Stipulation no later than October 25, 2021. To date she has not done so, nor has she requested an extension of time. No later than seven days from the date of this Order, Defendant must show cause in writing why she should not be sanctioned $250 for failing to comply with a Court order. If within that time she files the Joint Stipulation, the OSC will automatically be discharged.